GEORGE BARTLEY, PLAINTIFF IN ERROR, VS. HARRIET E. BINGHAM, DEFENDANT IN ERROR.

The judgment of the court below in this case is affirmed for reasons stated in the case decided at the present term of Bartley vs. Bingham, *ante* page 19.

Writ of Error to the Circuit Court for Duval county.

*H. H. Buckman* for Plaintiff in Error.

*J. R. Challen* for Defendant in Error.

LIDDON, C. J.:

In this case the record is almost identical with that of Bartley vs. Bingham, decided at the present term, *ante* page 19. The very same questions are presented for adjudication in each of the cases, and both cases were submitted upon the same briefs by both parties. For reasons stated in the opinion in the case decided, the judgment of the Circuit Court is affirmed.